IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BRYAN LEVY**, *et ux.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: _____ |
| **BOARD OF EDUCATION OF ANNE ARUNDEL COUNTY**, *et al.*, | * | State Court Case No. C-02-CV-21-000119 |
| Defendants. | * | |

\* \* \* \* \* \* \*

## NOTICE OF REMOVAL

The Defendants, Board of Education of Anne Arundel County and Natalie Marston in her official and individual capacity, by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1441-1447, as amended, hereby gives notice of his removal of the above-referenced case and further states:

1. This action was commenced in the Circuit Court for Anne Arundel County, Maryland, on January 25, 2021 through the filing of the Complaint in case number C-02-CV-21-000119. The Complaint was served upon both Defendants.

2. On July 6, 2021 the Plaintiffs filed an Amended Complaint in the Circuit Court for Anne Arundel County, Maryland adding for the first time new claims against the defendants, including but not limited to claims for constitutional violations pursuant to 42 U.S.C. § 1983, Title II of the Americans with Disabilities Act, and § 504 of the Rehabilitation Act of 1973.

3. On July 15, 2021, undersigned counsel reviewed the official court file (electronically) in this case, entitled *Bryan Levy, et al. v. Board of Education, et al..*, Case Number C-02-CV-21-000119, in the Circuit Court for Anne Arundel County, Maryland. Further, undersigned counsel

{00333846.DOCX; 1}

hereby certifies, pursuant to the provisions of Local Rule 103.5 (a), that all process, pleadings, papers and orders on file in the Circuit Court, or served upon any Defendant, are attached hereto and filed herewith as Exhibits 1 through 38.

3. The Circuit Court file and attached papers reveal that there are a total of two Defendants, Board of Education for Anne Arundel County and Natalie Marston. All Defendants join in this Notice of Removal and consent to removal pursuant to 28 U.S.C. § 1446 (b) at this time.

4. The grounds for removal are that the United States District Court has original jurisdiction over the claims set forth in Count VI, Count VII, Count VIII, Count IX, Count X, which allege violations of certain federal rights under the Fourteenth Amendments of the United States Constitution, the Americans with Disabilities Act, and the Rehabilitation Act of 1973, and that the United States District Court has supplemental jurisdiction over all related state law claims.

**WHEREFORE**, the Defendants, Board of Education of Anne Arundel County and Natalie Marston, give notice:

a. That the above-captioned case has been removed from the Circuit Court for Anne Arundel County, Maryland, to the United States District Court for the District of Maryland; and

b. That the Circuit Court for Anne Arundel County, Maryland shall proceed no further in the case unless and until the case is remanded.

        Respectfully submitted,

        GREGORY J. SWAIN
        County Attorney


        *Philip E. Culpepper*
        Philip E. Culpepper
        Senior Assistant County Attorney
        Anne Arundel County Office of Law
        2660 Riva Road, 4th Floor
        Annapolis, Maryland 21401
        (410) 222-7888
        pculpepper@aacounty.org
        Bar Number 28519

        *M. Brooke McKay*
        M. Brooke McKay
        Assistant County Attorney
        lwmcka21@aacounty.org
        ANNE ARUNDEL COUNTY OFFICE OF LAW
        2660 Riva Road, 4th Floor
        Annapolis, Maryland 21401
        (410) 222-7888
        (410) 222-7835 facsimile

        *Attorney for Defendants*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of July, 2021, a copy of the foregoing Notice of Removal was sent via Maryland Electronic Courts case management system (MDEC) and United States Postal Service, postage prepaid to:

Clerk of the Circuit Court
Circuit Court for Anne Arundel County
8 Church Circle
Annapolis, Maryland, 21401

Timothy P. Maloney, Esq.
Matthew M. Bryant, Esq.
Alyse L. Prawde, Esq.

{00333846.DOCX; 1}

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770

David Simpson, Esq.
DAVID M. SIMPSON, P.A.
6404 Ivy Lane, Suite 408
Greenbelt, MD  20770

*Attorneys for Plaintiffs*

                                            *Philip E. Culpepper*
                                            Philip E. Culpepper