**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

February 25, 2022

MEMORANDUM TO COUNSEL

Re:   *Bryan Levy, et al. v. Board of Education for Anne Arundel County Public Schools, et al.*
      Civil No. CCB-21-1767

Dear Counsel:

It is my understanding that the parties currently are engaged in mediation with the assistance of Judge Susan Gauvey. To permit adequate time for a resolution to be reached, if possible, the motions to dismiss now pending on the court's docket (ECFs 7, 23) are Denied without prejudice to renewal upon request if settlement efforts are not successful.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge